**Order entered February 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00720-CR

**RAYMOND EDWARDS III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-53451-W**

## ORDER

The Court **REINSTATES** the appeal.

On January 20, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload and the reporter's record had not been filed with the District Clerk; and (4) Ms. Hendrickson requested thirty days from the February 2, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **MARCH 4, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
JUSTICE